NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFRED A. ANDREANO,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7103

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2851, Judge William A. Moorman.

---

## ORDER

Alfred A. Andreano moves without opposition to reinstate his appeal.

On August 12, 2010, the court dismissed Andreano's appeal for failing to file his informal brief. Andreano has simultaneously filed his brief with his motion for reinstatement.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The court's August 12, 2010 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The Secretary of Veterans Affairs' brief is due within 21 days from the date of filing of this order.

FOR THE COURT

SEP 1 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alfred A. Andreano
    David D' Alessandris, Esq. (Informal Brief Enclosed)

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2010

JAN HORBALY
CLERK